IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                       )<br>                   Plaintiff,        )<br>                                                       )<br>vs.                                                )<br>                                                       )<br>KATIENGNAININ COULIBALY,    )<br>                                                       )<br>                   Defendant.    ) | Case No. 8:14CR17<br><br>ORDER |

    This case is before the court on the defendant's Motion to Review Pretrial Detention (#38).  The defendant, Katiengnainin Coulibaly, moves the court for an order releasing him to reside in Omaha, Nebraska.  The motion is denied.

    A review of the defendant's January 15, 2014, Pretrial Services report (#5) and the court's January 29, 2014, Detention Order (#26), shows the defendant to be an illegal alien subject to deportation upon conviction who, at the time of his arrest, possessed numerous ID's containing aliases or false identification.  The indictment charges the defendant with possession of fifteen or more counterfeit or unauthorized access devices, which carry a possible penalty of a maximum of ten years' imprisonment, a $250,000 fine, three years of supervised release, and a $100 special assessment.  The defendant's proposed plan of release fails to mitigate the court's concerns regarding his appearance after release.

    **IT IS ORDERED:** the defendant's Motion to Review Pretrial Detention (#38) is denied without hearing.

    Dated this 13th day of June 2014.

                                                  BY THE COURT:

                                                  s/ F.A. Gossett, III
                                                  United States Magistrate Judge